UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

GABRIEL LORENZ,                               **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

## COUNT 1

(Conspiracy to Distribute and to Possess with the Intent to Distribute Cocaine)

Beginning on an unknown date and continuing from on or about May 8, 2022 through on or about January 9, 2023, in Kent County, in the Southern Division of the Western District of Michigan, and elsewhere, the defendant,

GABRIEL LORENZ,

knowingly and intentionally combined, conspired, confederated, and agreed with persons known and unknown to the Grand Jury to distribute and to possess with intent to distribute cocaine, a Schedule II controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 2

(Attempted Possession with Intent to Distribute Cocaine)

On or about November 21 and 22, 2022, in Kent and Newaygo Counties, in the Southern Division of the Western District of Michigan, the defendant,

GABRIEL LORENZ,

knowingly and intentionally attempted to possess with intent to distribute cocaine, a Schedule II controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 3

(Possession with Intent to Distribute Cocaine)

On or about January 9, 2023, in Kent County, in the Southern Division of the Western District of Michigan, the defendant,

GABRIEL LORENZ,

knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II controlled substance, which was seized from inside a vehicle.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 4

(Possession with Intent to Distribute Cocaine)

On or about January 9, 2023, in Kent County, in the Southern Division of the Western District of Michigan, the defendant,

GABRIEL LORENZ,

knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II controlled substance, which was seized from inside an apartment.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1) and/or § 846 set forth in Counts 1 through 4 of this Indictment, the defendant,

GABRIEL LORENZ,

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, the following: approximately $1,645 in United States Currency seized from the person of the defendant; approximately $4,500 in United States Currency seized from an apartment; and one 2014 Tesla, Model S automobile with vehicle identification number (VIN) 5YJSA1H10EFP34591.

21 U.S.C. § 853
21 U.S.C. § 841(a)(1)
21 U.S.C. § 846

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
AUSTIN J. HAKES
Assistant United States Attorney